

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
SBraverman@FBDMLaw.com

**MEMO ENDORSED**

December 17, 2019

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Gregory Scott*
Dkt.: 14 Cr 287

Dear Judge Karas:

I represent Gregory Scott in the above matter. Mr. Scott was sentenced by this Court principally to 50 months in prison and three years of post-release supervision. Mr. Scott has completed his prison term and is presently living with his grandmother Mary Wells in Plattekill, New York (which is part of the Northern District of New York.) His present permitted area of travel includes the Northern District of New York unless he is granted specific permission from his probation officer. He is working as a truck driver and, with the permission of his probation officer, works a delivery route that takes him into New York City and back home each day.

Mr. Scott has many close relatives living in Orange County, which is part of the Southern District of New York (see list below). To assist him in making the positive transition from prison back into his community, I request that his geographic area of travel be expanded to include the Southern District of New York. I have corresponded with AUSA Chris Brumwell and the Government has no objection to my request. I have corresponded with SDNY Probation Officer Theresa Maisano, who deferred to NDNY US Probation Officer Chelsea Deyo, and Officer Deyo has no objection to my request.

Family Members Living in Orange County:

Father Joseph Scott, 20 Utopian Place, Walden NY 12586
Sister Amber Scott, 20 Utopian Place, Walden NY 12586

---

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724

Uncle Stephen Scott, 90 Mills Road, Walden NY 12586
Paternal grandmother Carole Scott, 3 Barron Road, Montgomery NY 12549
Aunt Marie Scott-Lieberson, 9 Jenningstown Lane, Campbell Hall NY
Cousin Kelly Jonigan, 87 White Birch Lane, Bloomingburg NY
Cousin Jodi Seaman, 2607 Orange County Estates Rt 17K, Bullville NY
Second cousin Brittany Stevens, 139 Ball Street, Port Jevis, NY
Godmother Elizabeth Smith, 10 Fedorko Lane, Montgomery NY

Therefore, I request that this Court expand Mr. Scott's travel to include the Southern District of New York. I thank the Court for its consideration.

Respectfully submitted,

s/ Sam Braverman
Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
SBraverman@FBDMLaw.com

CC:     AUSA Christopher Brumwell
        USPO Theresa Maisano
        USPO Chelsea Deyo

Granted.
So Ordered.
12/18/19

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724