

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com
SBraverman@FBDMLaw.com

ENDORSED

November 19, 2021

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Gregory Scott</u>
Dkt.: 14 Cr 287

Dear Judge Karas:

I represent Gregory Scott in a VOSR proceeding in this Court, currently scheduled for a status conference on November 23, 2021. Because of a medical condition, Mr. Scott will not be able to attend the conference, and, with the consent of the Government, I request that this matter be adjourned for 60 days. I thank the Court for its consideration.

Respectfully submitted,

*Sam Braverman*

Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
SBraverman@FBDMLaw.com

*Granted. The Court will hold a teleconference on January 26, 2022 at 11:30 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.  11/19/2021

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-0213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Road, Suite 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724